FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2015 APR 17 A 10: 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

MICHAEL MORAVITZ,

    Plaintiff,

v.    Case No.: 1:15CV506

OFFICER RICHARD ANDERSON,

    Defendant.

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Eastern District of Virginia, Alexandria Division:

Removing party, Defendant Officer Richard Anderson ("Anderson") gives notice of the removal of this civil action pursuant to 28 U.S.C. §§ 1441 and 1446.

1. On March 23, 2015, Plaintiff Michael Moravitz filed a civil action styled *Michael Moravitz v. Officer Richard Anderson*, Case No. GV15005734-00, in the General District Court for the County of Fairfax, Virginia.

2. On April 1, 2015, Defendant was served with a copy of Plaintiff's Warrant in Debt at the Fairfax County Police Department, Internal Affairs Bureau, 4100 Chain Bridge Road, Fairfax, Virginia 22030, which is located in the County of Fairfax, Virginia.

3. Other than the Warrant in Debt above, no other pleadings, process, or orders have been served.

4. Defendant has not filed an answer or other responsive pleading to Plaintiff's Warrant in Debt.

5. This Court has original jurisdiction over this civil action under 28 U.S.C. §§ 1331

and 1343 because Plaintiff's Warrant in Debt seeks relief under 42 U.S.C. § 1983 for an alleged unreasonable seizure in violation of the Fourth Amendment to the United States Constitution. Therefore, Defendant may remove this civil action from the General District Court for the County of Fairfax, Virginia, to this Court pursuant to 28 U.S.C. § 1441(a).

7. This Notice of Removal is timely because it is filed within thirty (30) days after Defendant's receipt of the initial pleading setting forth the claims for relief upon which this civil action is based.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Defendant in this civil action are attached as **Exhibit A**.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, with attachment, will be given to Plaintiff and will be filed with the Clerk of the General District Court for the County of Fairfax, Virginia, promptly after the filing of this Notice of Removal, with attachments, with this Court.

WHEREFORE, removing party Officer Richard Anderson requests that this civil action be removed from the General District Court for the County of Fairfax, Virginia, to this Court.

Respectfully submitted,

OFFICER RICHARD ANDERSON
By Counsel

DAVID P. BOBZIEN
COUNTY ATTORNEY

By /s/ Jamie M. Greenzweig
Jamie M. Greenzweig, Esq. (VSB #75066)
Assistant County Attorney
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035-0064
Phone: 703-324-2421
Fax: 703-324-2665
Jamie.Greenzweig@fairfaxcounty.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April. 2015, a true and correct copy of the foregoing Notice of Removal, with attachment, was served via first-class mail, postage prepaid, to:

S.W. Dawson, Esq.
P.O. Box 58
Norfolk, VA 23501
*Counsel for Plaintiff*

/s/ Jamie M. Greenzweig
Jamie M. Greenzweig